**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re:<br><br>RED RIVER TALC, LLC,[1]<br><br><br>                        Debtor. | Chapter 11<br><br>Case No. 24-90505 (CML)<br><br>Related to Dkt. Nos. 805, 807, 808, 1424<br>and 1441 |

**NOTICE OF APPEAL**

**Part I: Identify the Appellants**

1.     **Names of Appellants:** Brown Rudnick LLP ("Brown Rudnick"), Paul Hastings LLP ("Paul Hastings"), and FTI Consulting Inc. ("FTI").

2.     **Position of appellants in the bankruptcy case that is the subject of this appeal:** Appellants Brown Rudnick and Paul Hastings are proposed counsel for the Official Committee of Talc Claimants (the "Committee"), and FTI is proposed financial advisor for the Committee.

**Part II: Identify the Subject of this Appeal:**

3.     **Describe the judgment, order or decree appealed from:** Pursuant to 28 U.S.C. §§ 158(a)(1) and Rules 8001(a) and 8002(b)(1)(B) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Appellants hereby give notice of appeal to the United States District Court for the Southern District of Texas, solely to the extent each of this Court's following orders precludes the Court from hearing and ruling on (a) the Committee's pending applications to retain and employ Appellants Brown Rudnick, Paul Hastings and Susman Godfrey as counsel to the UCC and any fee applications pertaining thereto, and (b) the Committee's pending application to retain and employ

---

[1]     The last four digits of the debtor's federal tax identification number are 8508. The Debtor's mailing address is 501 George Street, New Brunswick, NJ 08933.

FTI as financial advisor to the Committee and any fee applications pertaining thereto: (i) the *Memorandum Decision and Order* [ECF No. 1424], entered March 30, 2025, dismissing the above-captioned case,  and (ii) the *Order Denying Motions for Reconsideration and Motion to Order Mediation* [ECF No. 1441], entered April 17, 2025, denying the *Motion of the Official Committee of Talc Claimants and its Professionals for Limited Reconsideration or Clarification of Memorandum Decision and Order*.

4.      **State the date on which the judgment, order, or decree was entered:** March 30, 2025; April 17, 2025.

**Part 3: Identify the Other Parties to the Appeal:**

5.      **List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:**

*[The remainder of this page is intentionally left blank]*

2

| PARTY | ATTORNEYS |
|---|---|
| Appellants: Proposed Professionals for the Official Committee of Talc Claimants | BROWN RUDNICK LLP<br>David J. Molton<br>Jeffrey L. Jonas<br>Eric R. Goodman<br>Susan Sieger-Grimm<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>egoodman@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br><br>PAUL HASTINGS LLP<br>Kristopher M. Hansen<br>Kenneth Pasquale<br>Ryan Montefusco<br>200 Park Avenue<br>New York, New York 10166<br>Telephone:  (212) 318-6000<br>Facsimile:  (212) 319-4090<br>krishansen@paulhastings.com<br>kenpasquale@paulhastings.com<br>ryanmontefusco@paulhastings.com<br><br>Matthew M. Murphy<br>71 S. Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Telephone:  (312) 499-6000<br>Facsimile:  (312) 499-6100<br>mattmurphy@paulhastings.com<br><br>COOLEY LLP<br>Michael S. Neumeister<br>355 South Grand Avenue, Suite 900<br>Los Angeles, CA  90071-1560<br>Telephone: (213) 561-3250<br>mneumeister@cooley.com |

| PARTY | ATTORNEYS |
|---|---|
| Interested Party: Red River Talc, LLC | PORTER HEDGES LLP<br>John F. Higgins<br>M. Shane Johnson<br>Megan Young-John<br>James A. Keefe<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 228-1331<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>jkeefe@porterhedges.com<br><br>JONES DAY<br>Gregory M. Gordon<br>Dan B. Prieto<br>Amanda Rush<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br><br>Brad B. Erens<br>Caitlin K. Cahow<br>110 North Wacker Drive, Suite 4800<br>Chicago, Illinois 60606<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>bberens@jonesday.com<br>ccahow@jonesday.com |

| PARTY | ATTORNEYS |
|---|---|
| Interested Party: Office of the United States Trustee | Jayson B. Ruff<br>515 Rusk, Suite 3516<br>Houston, Texas 77002<br>(713) 718-4662<br>jayson.b.ruff@usdoj.gov<br><br>Linda Richenderfer<br>J. Caleb Boggs Federal Building 844<br>King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>(302) 573-6491<br>linda.richenderfer@usdoj.gov |
| Interested Party: Claimants Represented by Barnes Law Group, LLC | BARNES LAW GROUP, LLC<br>Roy E. Barnes<br>John R. Bevis<br>31 Atlanta Street<br>Marietta, Georgia 30060<br>Telephone: (770) 227-6375<br>roy@barneslawgroup.com<br>bevis@barneslawgroup.com |
| Interested Party: Ad Hos Committee of Supporting Counsel | PARKINS & RUBIO LLP<br>Lenard M. Parkins<br>Charles M. Rubio<br>700 Milam, Suite 1300<br>Houston, TX 77002<br>Telephone: (713) 715-1660<br>lparkins@parkinsrubio.com<br>crubio@parkinsrubio.com |
| Interested Party: Coalition of Counsel for Justice for Talc Claimants | LAWSON & MOSHENBERG PLLC<br>Nicholas R. Lawson<br>Avi Moshenberg<br>801 Travis Street Suite 2101 #838<br>Houston, TX 77002<br>Telephone: (832) 280-5670<br>Nick.Lawson@lmbusinesslaw.com<br>Avi.Moshenberg@lmbusinesslaw.com<br><br>OTTERBOURG P.C.<br>Melanie L. Cyganowski<br>Adam C. Silverstein<br>Sunni P. Beville<br>David A. Castleman<br>230 Park Avenue<br>New York, New York 10169-0075<br>(212) 661-9100<br>mycganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>sbeville@otterbourg.com<br>dcastleman@otterbourg.com |

| PARTY | ATTORNEYS |
|---|---|
| | BAILEY & GLASSER LLP<br>Brian A. Glasser<br>Thomas B. Bennett<br>David L. Selby II<br>Jonathan Gold<br>1055 Thomas Jefferson Street, NW<br>Suite 540<br>Washington, DC 20007<br>Telephone: (202) 463-2101<br>Facsimile: (202) 463-2103<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>dselby@baileyglasser.com<br>jgold@baileyglasser.com<br><br>Katherine E Charonko<br>209 Capitol Street<br>Charleston WV 25301<br>Tel: (304) 345-6555<br>Fax: (304) 342-1110<br>kcharonko@baileyglasser.com<br><br>Elizabeth L. Stryker<br>94 Long Street Suite 200<br>Westover WV 26501<br>Tel: (304) 594-0087<br>estryker@baileyglasser.com |
| Interested Party: The Smith Law Firm Claimants | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Kenneth H. Eckstein<br>Rachael L. Ringer<br>P. Bradley O'Neill<br>David E. Blabey, Jr.<br>Megan M. Wasson<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>keckstein@kramerlevin.com<br>rringer@kramerlevin.com<br>boneill@kramerlevin.com<br>dblabey@kramerlevin.com<br>mwasson@kramerlevin.com<br><br>LOCKE LORD LLP<br>Elizabeth M. Guffy<br>JPMorgan Chase Tower<br>600 Travis, Ste. 2800<br>Houston, TX 77002<br>Telephone: (713) 226-1507<br>Facsimile: (713) 223-3717<br>eguffy@lockelord.com |

**Part 4: Not Applicable – No BAP in this District**

**Part 5: Signature**

Dated: May 1, 2025

Respectfully submitted,

**BROWN RUDNICK, LLP**

*/s/ Susan Sieger-Grimm*

Susan Sieger-Grimm (Admitted *Pro Hac Vice*)
David J. Molton (Admitted *Pro Hac Vice*)
Jeffrey L. Jonas  (Admitted *Pro Hac Vice*)
Eric R. Goodman (Admitted *Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
ssieger-grimm@brownrudnick.com
dmolton@brownrudnick.com
jjonas@brownrudnick.com
egoodman@brownrudnick.com

**PAUL HASTINGS LLP**

*/s/ Kristopher M. Hansen*

Kristopher M. Hansen (Admitted *Pro Hac Vice*)
Kenneth Pasquale (Admitted *Pro Hac Vice*)
Ryan Montefusco (Admitted *Pro Hac Vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
krishansen@paulhastings.com
kenpasquale@paulhastings.com
ryanmontefusco@paulhastings.com

FTI CONSULTING INC.

BY:   ROSENTHAL LAW FIRM, P.L.L.C.

/s/ Trent L. Rosenthal
Trent L. Rosenthal (TX Bar No. 17282300)
675 Bering Drive, Suite 150
Houston, TX 77057
Telephone:  (713) 647-8177
Facsimile:  (713) 647-8127
Email:  trosenthal@rosenthallaw.com

-and-

COOLEY LLP
Michael S. Neumeister (*pro hac vice* pending)
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Telephone:  (213) 561-3250
Facsimile:  (213) 561-3244
Email:  mneumeister@cooley.com

Paul J. Springer (*pro hac vice* pending)
55 Hudson Yards
New York, NY 10001
Telephone:  (212) 479-6000
Facsimile:  (212) 479-6275
Email: pspringer@cooley.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via the Court's ECF system to all parties authorized to receive electronic notice in this case, and by email upon the Master Service List (Dkt. No. 1392) on May 1, 2025.

/s/ Susan Sieger-Grimm
Susan Sieger-Grimm